# OPINIONS PER CURIAM FROM JANUARY 18, 1909, TO DECEMBER 22, 1909.

No. 360. RODRIGUEZ *v.* DUBÓN ET AL.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided January 18, 1909. Appeal dismissed by reason of failure to comply with section 299 of the Code of Civil Procedure and section 50 of the rules of this court. *Messrs. Coll Cuchi Bros.* for petitioner.

No. 361. ESCUDERO *v.* VICENTE.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided January 18, 1909. Appeal dismissed by reason of failure to comply with section 299 of the Code of Civil Procedure and section 50 of the rules of this court. *Mr. Alvarez Nava* for petitioner. *Messrs. Falcon and dal Valle* for respondent.

No. 50. HERNÁNDEZ *v.* THE DISTRICT COURT.—Application presented to Mr. Justice MacLeary seeking the issuance of a writ of *certiorari.* Decided January 19, 1909. Application referred to the Supreme Court for decision for the reason that the judges thereof have no power to issue such writs. *Mr. Méndez Vas* for petitioner.